# Court of Appeals
# of the State of Georgia

ATLANTA, March 19, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1166. PIECE OF CAKE, LLC et al. v. DEBRA D. CURRY.**

Piece of Cake, LLC and Mike Maldonado (collectively, "Piece of Cake") filed a dispossessory action against Debra D. Curry in magistrate court. After the magistrate court entered judgment in favor of Piece of Cake, Curry appealed to superior court. The superior court entered a final order that "reversed" and "set aside" the magistrate court's decision. Piece of Cake then filed a notice of appeal to this Court. We lack jurisdiction.

Because this case reached the superior court through a de novo appeal from the magistrate court, Piece of Cake was required to follow the discretionary appeal procedures to obtain review of the superior court's judgment in this Court. See OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Piece of Cake's failure to file an application for discretionary appeal deprives of us jurisdiction over this matter, which is, accordingly, DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/19/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.